UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



-----------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

        Plaintiff,

  -against-

CARLOS E. TREJO and HAMID R. MOLLABAGHER, Individually, and as officers, directors, shareholders and/or principals of CARLOS & SEAN AMERICA, INC. d/b/a BOLERO ITALIAN MEDITERRANEAN CUISINE a/k/a BOLERO GRILL, and CARLOS & SEAN AMERICA, INC. d/b/a BOLERO ITALIAN MEDITERRANEAN CUISINE a/k/a BOLERO GRILL,

        Defendants.

-----------------------------------------------------------

Civil Action No. 3-07-CV-1774-M-BD

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The matters in issue in the above entitled action having been amicably resolved by and between Plaintiff J & J Sports Productions, Inc. ("J&J") and Defendants Carlos E. Trejo ("Trejo") and Carlos & Sean America, Inc. d/b/a Bolero Italian Mediterranean Cuisine a/k/a Bolero Grill ("Bolero") (collectively, the "Trejo Defendants"), it is hereby stipulated and ordered that the claims asserted by J & J against the Trejo Defendants are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41. All costs are to be borne by the party incurring same.

    SO ORDERED.

    SIGNED this 13th day of August, 2008.

                                             Hon. Barbara M. G. Lynn

AGREED TO AS TO FORM:

By:/s/  Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.
LONSTEIN LAW OFFICE, P.C.
*Attorneys for Plaintiff*
Office & P.O. Address
1 Terrace Hill: P.O. Box 351
Ellenville, New York  12428
Tel: (845) 647-8500
Facsimile: (845) 647-6277

By: /s/ E. Leon Carter
E. Leon Carter, Esq.
State Bar No 03914300
Jennifer Beth Ingram
State Bar No. 24038972
Munck Butrus Carter, P.C.
Attorney for Defendants
600 Banner Place
12770 Coit Road
Dallas, TX 75251
Tel:  (972)628-3600
Facsimile:  (972)628-3616

# CASE CLOSED

**CASE NUMBER:** 3:07-cv-1774-M

**DATE:** 08/13/08

**TRIAL:  YES** \_\_\_\_    **NO** X